JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN CORNTASSEL, | ) | NO. SA CV 21-1094-PA(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CITY OF HUNTINGTON BEACH, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 29, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE